IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FRANK JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:10cv722-WHA |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the Plaintiff's Motion to Dismiss Defendant Experian (Doc. #26), filed on May 4, 2011, the motion is GRANTED, and it is hereby

ORDERED that the Defendant Experian Information Solutions, Inc. is DISMISSED with prejudice, the parties bearing their own costs, fees, and expenses.   There now being no Defendants remaining in this case, the clerk is DIRECTED to close the file.

DONE this 5th day May, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE